The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNESHA COOK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, a government agency,<br><br>Defendant. | Case No. 2:21-cv-01651-RSM<br><br>STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>**Noted on Motion Calendar:<br>February 8, 2022** |

## JOINT STIPULATION

COME now the parties hereto, by and through their respective counsel of record, and hereby stipulate as follows:

1. Plaintiff filed the operative Complaint on December 9, 2021 (Dkt. 1);

2. The United States' Attorney's Office was served on December 10, 2021 (Dkt. 7);

3. Based on this date of service, Defendant's responsive pleading is due February 10, 2022;

4. However, the parties are actively meeting and conferring on a potential motion to dismiss to be filed on behalf of Defendant;

STIPULATION AND ORDER TO EXTEND RESPONSIVE
PLEADING DEADLINE
[2:21-cv-01651-RSM] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

5. Plaintiff requires additional time to consider the grounds for the potential motion and any amendments to be made to the Complaint.

6. As such, the parties stipulate and agree to extend Defendant's deadline to respond to the Complaint by one week, to February 15, 2022.

**SO STIPULATED**.

DATED this 8th day of February, 2022.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | WILLIAMS, KASTER & GIBBS PLLC |
| s/ Heather C. Costanzo<br>HEATHER C. COSTANZO, FL No. 37373 | s/ Sumeer Singla<br>SUMEER SINGLA, WSBA No. 41236<br>601 Union Street, Suite 4100<br>Seattle, WA 98101 |
| s/ Erin K. Hoar<br>ERIN K. HOAR, CA No. 311332<br>Assistant United States Attorneys<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington  98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4067<br>Email: heather.costanzo@usdoj.gov<br>Email: erin.hoar@usdoj.gov | Phone: (206) 628-6660<br>Fax: (206) 628-6611<br>Email: ssingla@williamskastner.com<br><br>*Attorney for Plaintiff* |
| *Attorneys for Defendant United States Postal Service* | |

STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE
[2:21-cv-01651-RSM] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

**IT IS SO ORDERED**.

DATED this 10th day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND RESPONSIVE
PLEADING DEADLINE
[2:21-cv-01651-RSM] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970