UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNESHA COOK, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATED POSTAL SERVICE,<br>a government agency,<br><br>            Defendant. | CASE NO. C21-1651-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO SEEK LEAVE TO AMEND COMPLAINT |

This matter comes before the Court on the Parties' stipulated Motion to Seek Leave to Amend Complaint. Dkt. #15. The Court finds good cause exists and the Complaint can be amended as set forth in the proposed amended complaint. *See* Dkt. #15-1. Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that the Parties' Motion is GRANTED.

DATED this 22nd day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOT. TO SEEK LEAVE TO AMEND COMPLAINT - 1